## GAVIN et ux. v. WEBB et al.
### No. 22444.

Supreme Court of Texas.

Jan. 20, 1937.

Motion for Rehearing Denied Feb. 10, 1937.

Clark, Harrell & Clark, of Greenville, for plaintiffs in error.

Mayo W. Neyland and Morgan & Morgan, all of Greenville, for defendants in error.

### PER CURIAM.

This case is dismissed for want of jurisdiction under the provisions of subdivision 6 of article 1728, R.C.S. 1925 as amended by Acts 1927, c. 144, § 1 (Vernon's Ann.Civ.St. art. 1728, subd. 6). In this connection we wish to say that we are in disagreement with much that is said in the opinion of the Court of Civil Appeals, but in spite of this we think that, if we should grant this writ, we would be compelled to affirm this case.

### On Motion for Rehearing.

### PER CURIAM.

We are of the opinion that appellant's brief in the Court of Civil Appeals was sufficient and should have been considered in its entirety. In spite of this, we have examined this record and all briefs, and are of the opinion that correct judgments were entered by the two lower courts.